IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **MELVIN C. ARRINGTON,** | : | |
| Petitioner, | : | Case No.  3:06-cv-183 |
| -vs- | : | **District Judge Thomas M. Rose** |
| | | **Chief Magistrate Judge Michael R. Merz** |
| **STATE OF OHIO,** | : | |
| Respondent. | : | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #3), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on July 7, 2006, hereby ADOPTS said Report and Recommendations.

Accordingly, the Court shall adopt the Report and Recommendations, finding that the Petition is barred by the statute of limitations.  The Clerk shall enter judgment dismissing the Petition with prejudice.

July 25, 2006.                                  **\*s/THOMAS M. ROSE**

                                                 _____
                                                        Thomas M. Rose
                                                 United States District Judge